UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUTBERTO HARO RAMIREZ, | 1:08-cv-01604-SMS  (HC) |
| Petitioner, | ORDER GRANTING RESPONDENTS' FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITION |
| v. | |
| HECTOR RIOS, et al., | (DOCUMENT #15) |
| Respondents. | |
| _____ / | DEADLINE: MARCH 30, 2009 |

On February 13, 2009, Respondents requested a 45-day extension of time to file his response to Ramirez's petition.  IT IS HEREBY ORDERED, that respondents' request for a 45-day extension is granted.  The response is now due March 30, 2009.

IT IS SO ORDERED.

**Dated:   February 18, 2009**           /s/ Sandra M. Snyder
                                                              UNITED STATES MAGISTRATE JUDGE